United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEPT 28, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Rick Schick et al.,
                          Plaintiff,

v.

BMW of North America, LLC,
                          Defendant.

5:17-cv-02512 VAP (KKx)

**Judgment in Favor of Defendant BMW of North America, LLC**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's September 27, 2018 Order Granting Defendant BMW of North America, LLC's Motion for Summary Judgment (Doc. No. 62), IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE as to Defendant BMW of North America, LLC. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   9/28/18

                                  Virginia A. Phillips
                                  Chief United States District Judge

1